02-25-03

To: Stuart Cole
    Correction's Litigation
    Ohio Attorney General's Office

From: John Meyer, Medical Supervisor
      Butler County Jail

Re: Ted Marcum Medical Records

I am the Medical Supervisor at the Butler County Jail in Hamilton, Ohio. This is in response to your request for medical records for a Ted Marcum who was supposedly housed in the Butler County Jail. You requested records in reference to an assault from September 1995. Unfortunately all records from 1995 have been sent to the county record building and are destroyed after seven years.

Respectfully,

*John Meyer*

John Meyer, Medical Supervisor

EXHIBIT B