```
                                           FILED
                                        JAMES BONINI
                                           CLERK

                                      2004 MAY 10  PM 12:40
     IN THE UNITED STATES DISTRICT COURT
                                      U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF OHIO     SOUTHERN DIST OHIO
                                      WEST DIV CINCINNATI
             WESTERN DIVISION
```

TED MARCUM,                :    CASE NO. C-1-02-425
    PETITIONER,            :    HONORABLE JUDGE WEBER
    VS                     :
OHIO ADULT PAROLE          :    **NOTICE REQUESTING**
    AUTHORITY,             :    **TO "CORRECT" ADDRESS**
    RESPONDENT.

TO THE CLERK:

   PLEASE CORRECT YOUR COMPUTER AND FILE RECORDS. MY PROPER ADDRESS LISTING IS: **239 NORTH NINTH STREET, HAMILTON, OHIO 45011**.

   MY ADDRESS IS **NOT** "MAIN STREET." PLEASE CORRECT THIS TYPO-ERROR. THANK YOU.

                         Sincerely Submitted,
                         Ted Marcum
                         _____
                         TED MARCUM, PETITIONER, PRO SE
                         239 NORTH NINTH STREET
                         HAMILTON, OHIO 45011

## CERTIFICATE OF SERVICE

THIS IS HEREBY TO CERTIFY TO A TRUE COPY OF THE FORGOING NOTICE HAS BEEN SERVED UPON MR. STUART A. COLE, ASSISTANT OHIO ATTORNEY GENERAL, AT: 150 EAST GAY STREET, COLUMBUS, OHIO 43215 ON THIS 5TH DAY OF MAY, 2004, BY: REGULAR FIRST CLASS MAIL, POSTAGE PREAFIXED

*Ted Marcum*

TED MARCUM, PRO SE
239 NORTH NINTH STREET
HAMILTON, OHIO 45011