# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Ted Marcum,
    Petitioner

vs                                    Case No. 1:02cv425
                                         (Weber, J.; Black, M.J.)

Ohio Adult Parole Authority,
    Respondent

## ORDER

       This habeas action brought pro se pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion filed May 4, 2004 entitled "Supplemental Pleading Requesting Appointment of Co-Counsel And Evidence Hearing." (Doc. 31). The motion (Doc. 31) which restates requests made in a prior motion previously denied (*see* Docs. 23, 27), is DENIED as moot in light of this Court's Report and Recommendation issued this date to deny petitioner's habeas corpus petition with prejudice.

       IT IS SO ORDERED.

Date:  6/17/04                              s/Timothy S. Black
     cbc                                              Timothy S. Black
                                                       United States Magistrate Judge