**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Halli Marcum*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6/18/04

D. Is delivery address different from item 1? ☑ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Ted Marcum
#417-097
239 N. 6th St.
Hamilton, Ohio
45011

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7003 2260 0002 6723 3234

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540