IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TED MARCUM,

        Petitioner

v                                   Civil C-1-02-425

OHIO ADULT PAROLE,

        Respondent,

## ORDER

Petitioner's Motion to Extend (#37) is GRANTED. Petitioner's Response and/or Objections to the Report and Recommendation shall be filed on or before September 19, 2004.

**IT IS SO ORDERED.**

                                                      _____
                                                      Herman J. Weber, Senior Judge
                                                      United States District Court

*Rev.5/01*