IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TED MARCUM, | CASE NO. C-1-02-425 |
|     PETITIONER, | |
| VS. | HONORABLE JUDGE WEBER |
| OHIO ADULT PAROLE AUTHORITY, | NOTIFICATION OF CHANGE OF ADDRESS. |
|     RESPONDENT. | |

NOW COMES THE PETITIONER, TED MARCUM, WHO RESPECTFULLY SUBMITS THIS "NOTIFICATION OF CHANGE OF ADDRESS."

PETITIONER CURRENTLY RESIDES AT: 705 HANOVER STREET, HAMILTON, OHIO 45011. RESPECTFULLY, PETITIONER REQUESTS THAT THE COURT PLEASE RE-UPDATE THIS CHANGE OF ADDRESS INFORMATION TO REFLECT PETITIONER'S NEW MAILING ADDRESS.

RESPECTFULLY SUBMITTED,

*Ted Marcum*

TED MARCUM, PRO SE
705 HANOVER STREET
HAMILTON, OHIO 45011

(2)

## CERTIFICATE OF SERVICE

THIS IS HEREBY TO CERTIFY TO THAT A TRUE COPY OF THE FORGOING "NOTIFICATION OF CHANGE OF ADDRESS" HAS HEREBY BEEN SERVED UPON MR. STUART ALAN COLE, ASSISTANT OHIO ATTORNEY GENERAL, 150 EAST GAY STREET, COLUMBUS, OHIO 43215, ON THIS 4TH DAY OF NOVEMBER, 2004, BY: REGULAR U.S. MAIL, POSTAGE PREAFFIXED.

*Ted Marcum*

TED MARCUM, PRO SE
705 HANOVER STREET
HAMILTON, OHIO 45011