FILED
JAMES BONINI
CLERK

05 APR 18 PM 1:18

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Ted Marcum, | : | Case No. C-1-02-425 |
| Petitioner, | : | Honorable Judge Herman Weber |
| vs. | : | Magistrate Judge Jack Sherman |
| Ohio Adult Parole Authority, And The State Of Ohio, | : | NOTIFICATION OF CHANGE OF ADDRESS |
| | : | |
| Respondent et al. | | |

Now comes the Petitioner, Ted Marcum, acting in pro se, who respectfully submits Notice of his current address, which has been changed.

Petitioner states that his new and current address is:

Ted Marcum
239 North Ninth Street
Hamilton, Ohio 45011

(513) 887-1235

Please take judicial notice of this change in address listing. Please send all future inquires to the above stated address. Thank you very much.

Sincerely Submitted,

*Ted Marcum*

Ted Marcum
239 NORTH NINTH ST.
HAMILTON, OHIO 45011

CERTIFICATE OF SERVICE

This is hereby to certify that a true copy of the forgoing chang of address has hereby been submitted upon the Respondent's counsel, Mr. Stuart A. Cole, Assistant Ohio Attorney Heneral, at: 150 East Gay Street, Columbus, Ohio 43215, on the 8th day of April, 2005, By: Regular U.S. Mail, postage preaffixed.

*Ted Marcum*

Ted Marcum