IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

TED MARCUM,  :  CASE NO. 02-CV-425

    PETITIONER,  HONORABLE JUDGE HERMAN WEBER

VS.  :

OHIO ADULT PAROLE AUTHORITY,  MOTION REQUESTING TO CONDUCT

    RESPONDENT.  :  AN EVIDENTIARY HEARING

NOW COMES THE PETITIONER, TED MARCUM, WHO RESPECTFULLY MOVES THIS HONORABLE COURT TO CONDUCT AN "EVIDENTIALLY HEARING" IN THIS HABEAS CORPUS PROCEEDING. ALTERNATIVELY, PETITIONER RESPECTFULLY MOVES THE COURT TO FORTHWITH ISSUE THE WRIT ON GROUNDS THAT PETITIONER HAS DEMONSTRATED IN HIS PETITION FOR HABEAS CORPUS RELIEF, THAT HIS 6TH AND 14TH AMENDMENT RIGHTS WERE VIOLATED AT TRIAL, AND ON DIRECT APPEAL., AND, FURTHER, IT APPEARING TO THE COURT THAT THE PETITIONER HAS DEMONSTRATED IN HIS PETITION: THAT A "FUNDAMENTAL MISCARRIAGE OF JUSTICE" HAS OCCURED, AND IS SHOWN BY: "CLEAR AND CONVINCING EVIDENCE," AUTHORIZES THE COURT TO GRANT "EQUITABLE RELIEF" ON BEHALF OF THE PETITIONER.

    VERY RESPECTFULLY SUBMITTED,

    *Ted Marcum*

    TED MARCUM, (PETITIONER)

    239 NORTH NINTH STREET

    HAMILTON, OHIO 45011

(2)

## AFFIDAVIT UNDER PENALTY OF PERJURY

NOW COMES THE AFFIANT/PETITIONER, TED MARCUM, WHO DOES HEREBY DECLARES, UNDER DECLARATION OF PENALTY OF PERJURY, THAT: (1) HE IS ENTITLED TO AN EVIDENTIARY HEARING., (2) PETITIONER DECLARES, UNDER PENALTY OF PERJURY, THAT HIS 6TH AND 14TH AMENDMENT RIGHTS WERE VIOLATED AT TRIAL, AND ON DIRECT APPEAL, WHICH PREJUDICIALLY DEPRIVED THE PETITIONER OF HIS FUNDAMENTAL CONSTITUTIONAL RIGHTS TO A FAIR TRIAL AND TO THE EFFECTIVE ASSISTANCE OF COUNSEL AT TRIAL AND ON DIRECT APPEAL., AND (3) PETITIONER DECLARES, UNDER DECLARATION OF PENALTY OF PERJURY, THAT THE ABOVE TWO CONSTITUTIONAL VIOLATIONS WERE DEMONSTRATED IN THE PETITION FOR HABEAS CORPUS RELIEF BY: "CLEAR AND CONVINCING EVIDENCE," IN WHICH AUTHORIZES THE COURT TO ISSUE THE WRIT., AND IN ORDER TO "CORRECT" A "FUNDAMENTAL MISCARRIAGE OF JUSTICE," OR TO GRANT ANY OTHER "APPROPRIATE RELIEF," INCLUDING "EQUITABLE RELIEF," ON BEHALF OF THE PETITIONER. SO SWORN ON THE 24TH DAY OF APRIL, 2007.

APRIL 24, 2007                    Ted Marcum
EXECUTED ON                       TED MARCUM
                                  239 NORTH NINTH STREET
                                  HAMILTON, OHIO 45011

                                  PHONE (513) 887-1235

(3)

## CERTIFICATE OF SERVICE

THIS IS HEREBY TO VERIFY THAT A TRUE AND EXACT PHOTO COPY OF THE ABOVE FORGOING MOTION FOR AN "EVIDENTIARY HEARING" AND "AFFIDAVIT," HAD BEEN SENT TO MR. MARC DANN, OHIO ATTORNEY GENERAL, C/O STATE OFFICE TOWER, 30 EAST BROAD ST., 17TH FLOOR, COLUMBUS, OHIO 43215, ON THE 25TH DAY OF APRIL, 2007, BY: REGULAR U.S. MAIL, POSTAGE PREAFFIXED.

Ted Marcum
_____
TED MARCUM (PETITIONER)
239 NORTH NINTH STREET
HAMILTON, OHIO 45011

PHONE (513) 887-1235