IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

07 MAY -1 AM 11:39

TED MARCUM, : CASE NO. 02-CV-425

   PETITIONER,

VS. : HONORABLE JUDGE HERMAN WEBER

OHIO ADULT PAROLE AUTHORITY,

   RESPONDENT. : MOTION REQUESTING A SCHEDULED TELEPHONE CONFERENCE

   NOW COMES THE PETITIONER, TED MARCUM, ACTING IN PRO SE, WHO RESPECTFULLY MOVES THE COURT FOR JUDGMENT IN GRANTING A "SCHEDULED TELEPHONE CONFERENCE" IN REGARDS PERTAINING TO THE ABOVE CAPTIONED CASE.

   PETITIONER STATES THAT THIS HABEAS CORPUS PROCEEDING WAS INITIALLY FILED IN THE YEAR OF 1998, AND WAS "REFILED" IN THE YEAR OF 2002. PETITIONER FURTHER STATES THAT THIS HABEAS CORPUS MATTER INVOLVES CONSTITUTIONAL VIOLATIONS THAT ARE "UNIQUE" AND "COMPLEXED". WHEREFORE, THIS PETITIONER RESPECTFULLY MOVES THIS HONORABLE COURT TO SCHEDULE A "TELEPHONE CONFERENCE" BETWEEN THE JUDGE, AND THE PETITIONER, AND RESPONDENT.

                        RESPECTFULLY SUBMITTED,

                        Ted Marcum

PHONE NO:    239 NORTH NINTH STREET
(513) 887-1235    HAMILTON, OHIO 45011

(2)

## AFFIDAVIT UNDER PENALTY OF PERJURY

NOW COMES THE AFFIANT, TED MARCUM, WHO DOES HEREBY DECLARES, UNDER DECLARATION OF PENALTY OF PERJURY, THAT THE "FACTS" STATED IN THE "MOTION REQUESTING A SCHEDULED TELEPHONE CONFERENCE," ARE HEREBY WHOLLY CORRECT AND TRUE.

SO SWORN ON THE 24TH DAY OF APRIL, 2007.

APRIL 24, 2007                                Ted Marcum
EXECUTED ON                    TED MARCUM, (AFFIANT)


## CERTIFICATE OF SERVICE

THIS IS HEREBY TO VERIFY THAT A TRUE COPY OF THE FORGOING MOTION FOR A "SCHEDULED TELEPHONE CONFERENCE," HAS BEEN SENT TO MR. MARC DANN, THE OHIO ATTORNEY GENERAL, (RESPONDENT'S COUNSEL), C/O STATE OFFICE TOWER, 30 EAST BROAD STREET, 17TH FLOOR, COLUMBUS, OHIO 43215, ON THE 25TH DAY OF APRIL, 2007, BY REGULAR U.S. MAIL, POSTAGE PREAFFIXED.

Ted Marcum
TED MARCUM (PETITIONER)
239 NORTH NINTH STREET
HAMILTON, OHIO 45011
PHONE NO. (513) 887-1235