| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Phil Kiser* ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name ) *Phil Kiser*  C. Date of Delivery 7/16/07 |
| 1. Article Addressed to:<br><br>TED MARCUM<br>#549-841<br>Ross Corr. Camp<br>POB 7010<br>Chillicothe OH 45601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 0860 0006 5230 7145 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-0835 |