# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

TED MARCUM,

        Petitioner,

-vs-                                Case No.    C-1-02-425

OHIO ADULT PAROLE AUTHORITY,

        Respondent,

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's Petition for Writ of Habeas Corpus is Denied with prejudice. This case is Terminated on the docket of this Court.

Date:  July 12, 2007                                      JAMES BONINI., CLERK

                                                                       By:s/   Darlene Maury
                                                                       Darlene Maury, Deputy Clerk