IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

TED MARCUM,

    PETITIONER/APPELLANT,      CASE NO. C-1-02-425

    VS.

OHIO ADULT PAROLE AUTHORITY,    HONORABLE JUDGE WEBER

    RESPONDENT/APPELLEE.

---

MOTION REQUESTING AN EXTENTION OF TIME ON

FILING A NOTICE OF APPEAL

---

ON BEHALF OF APPELLANT:    ON BEHALF OF APPELLEE

TED MARCUM, # 549-841    MR. MARC DANN

ROSS CORRECTIONAL INST.    OHIO ATTY. GENERAL

P.O. BOX 7010    30 EAST BROAD STREET

CHILLICOTHE, OHIO 45601    COLUMBUS, OHIO 43215

(2)

<u>MEMORANDUM</u>

ON <u>JULY 12TH, 2007</u>, HONORABLE JUDGE WEBER
ISSUED A WRITTEN OPINION IN THE ABOVE CAPTIONED
CASE, "DENYING" PETITIONER/APPELLANT, TED MARCUM,
PETITION FOR WRIT OF HABEAS CORPUS. THE COURT
ADDITIONAL "DENIED" TO ISSUE A "CERTIFICATE
OF APPEALABILITY.," AND THE COURT RULED THAT
AN APPEAL WOULD <u>NOT</u> BE "TAKEN IN GOOD FAITH."
THUS, THE COURT HELD THE PETITIONER COULD <u>NOT</u>
PROCEED ON APPEAL BY WAY OF <u>IN FORMA PAUPERIS</u>.

UPON RECEIVING THAT WRITTEN OPINION,
PETITIONER IMMEDIATELY "TIMELY FILED" A
MOTION FOR "RELIEF FROM JUDGMENT" (WITHIN
TEN DAYS) PURSUANT TO FED. R. CIV. P. 60, WHICH
TECHNICALLY TOLLS THE TIME PERIOD ON FILING
A NOTICE OF APPEAL. (SEE: FED. R. APP. P.
4(a)(4)(A)(vi)). PETITIONER ASKED THE COURT TO
"VACATE" THE JUDGMENT "DENYING" HABEAS
CORPUS RELIEF, AND ASKED THE COURT TO ISSUE
THE WRIT RELYING UPON THE JUDGMENT AND
OPINION OF THE SIXTH CIRCUIT COURT OF APPEALS
RULING IN <u>FRANKLIN</u> vs. <u>ANDERSON</u>, (6TH CIR. 2006),
434 F.3d 412, 418-421. IN <u>FRANKLIN</u>, THE
SIXTH CIRCUIT RULED THAT THE STATE RULES
OF APPELLATE PRACTICE AND PROCEDURE

(3)

IN OHIO, ON FILING APPLICATIONS FOR "REOPENING"
OR "RECONSIDERATION" PURSUANT TO OHIO APP.
RULES 14(B), 26(A), AND 26(B), WERE NOT AN
"ADEQUATE" OR "FIRMLY ESTABLISHED" AND/OR
"REGULARLY FOLLOWED REMEDY," UPON WHICH A
FEDERAL DISTRICT COURT MAY RELY UPON TO PRE-
CLUDE FEDERAL HABEAS CORPUS RELIEF, WHEN IT
INVOLVES A "PROCEDURAL DEFAULT" FOR FAILING
TO "TIMELY FILE" AN APPLICATION FOR REOPENING
OR RECONSIDERATION.

        THE SIXTH CIRCUIT SPECIFICALLY FOUND THAT
THE OHIO SUPREME COURT HAD NOT STRICTLY
APPLIED THE "NINETY DAY" TIME PERIOD ON
FILING APPLICATIONS FOR "REOPENING" DURING
THE YEARS OF 2000 UP TO 2004. THUS, THE
SIXTH CIRCUIT REASONED THAT IN CASES WHERE
AN APPLICANT FILED AN APPLICATION FOR RE-
OPENING DURING THOSE YEARS, (WHO MISSED
THE NINETY DAY TIME PERIOD), ARE ENTITLED
TO BE HEARD ON THE MERITS OF THEIR UNDER-
LYING INEFFECTIVE ASSISTANCE OF APPELLATE
COUNSEL CLAIMS IN THEIR FEDERAL HABEAS
CORPUS PROCEEDING. Id. AT: 418-421.

        IN THE PRESENT CASE, PETITIONER,
TED MARCUM FILED HIS MOTION FOR "RELIEF
FROM JUDGMENT" RELYING UPON THE SIXTH

(4)

CIRCUIT RULING IN <u>FRANKLIN</u>. PETITIONER
STATED THAT HE FILED HIS APPLICATION FOR
DELAYED RECONSIDERATION AND REOPENING,
PURSUANT TO OHIO APP. RULES 14(B), 26(A),
AND 26(B), FILED WITH THE OHIO COURT OF
APPEALS, TWELFTH APPELLATE DISTRICT, IN
<u>OCTOBER</u> OF <u>2001</u>. THE TWELFTH DISTRICT
APPLIED A PROCEDURAL BAR INVOKING THE
"NINETY DAY" RULE, AND HELD THAT MARCUM
FAILED TO ESTABLISH "GOOD CAUSE" TO EXCUSE
THE NINETY DAY EXCEPTION. IN <u>MAY</u> OF <u>2002</u>,
THE OHIO SUPREME COURT DENIED TO HEAR
MARCUM'S APPEAL. THUS, PETITIONER ASKED
HONORABLE JUDGE WEBER TO "VACATE" THE
ORDERING DENYING HABEAS RELIEF IN LIGHT
OF THE FACT THAT THE OHIO REMEDY AS
APPLIED BY THE OHIO COURTS DURING THE
YEARS OF <u>2000</u> UP TO <u>2004</u>, WAS/IS <u>NOT</u>
AN "ADEQUATE" OR "FIRMLY ESTABLISHED,"
AND "REGULARLY FOLLOWED" STATE COURT REMEDY,
UPON WHICH THIS FEDERAL COURT MAY RELY
TO PRECLUDE FEDERAL HABEAS CORPUS RELIEF
TO MARCUM. ALTERNATIVELY, IN LIGHT OF
<u>FRANKLIN</u>, PETITIONER/MARCUM ASKED JUDGE
WEBER TO GRANT HIM A "CERTIFICATE OF
APPEALABILITY" BECAUSE AN APPEAL <u>WOULD</u>

(5)

BE "TAKEN IN GOOD FAITH."

TURNING NOW TO THE MERITS INVOLVING THE INSTANT MOTION SEEKING AN ORDER TO "EXTEND" THE TIME PERIOD ON FILING A NOTICE OF APPEAL FROM THE ORIGINAL JULY 12TH, 2007 COURT ORDER. ASSUMING THAT THE COURT MAY NOT GRANT PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT, PETITIONER ASK THE COURT TO GRANT HIM AN EXTEN- TION OF TIME ON FILING A "NOTICE OF APPEAL" FOR AN ADDITIONAL THIRTY (30) DAY PERIOD (i.e., UP TO SEPTEMBER 10TH, 2007). ACCORDING TO FED. APP. R. 4(a)(5)(A)(ii), AUTHORIZES A U.S. DISTRICT COURT TO ENLARGE THE TIME PERIOD ON FILING A NOTICE OF APPEAL UP TO AN ADDITIONAL "THIRTY DAYS," BASED ON A SHOWING OF " ... EXCUSABLE NEGLECT OR GOOD CAUSE."

IN THE PRESENT CASE, PETITIONER NEEDS ADDITIONAL TIME TO FILE A NOTICE OF APPEAL BECAUSE: (1) PETITIONER NEEDS TO OBTAIN AN APPLICATION TO PROCEED IN FORMA PAUPERIS FROM THE CLERK OF THE U.S. DISTRICT COURT., (2) PETITIONER HAS NOT RECEIVED THE APPLICATION YET FROM THE CLERK ., (3) PETITIONER CURRENTLY

(6)

IS INDIGENT AND DOESN'T HAVE SUFFICIENT FUNDS
IN HIS ACCOUNT ON THIS DATE, TO PAY POSTAL FEES
TO MAIL OUT THE REQUIRED DOCUMENTS ON FILING
WITH HIS NOTICE OF APPEAL PAPERS. FEDERAL
RULES OF APPELLATE PROCEDURE REQUIRE COPIES
OF THE JUDGMENT/OPINION FROM THE COURT
BELOW TO BE FILED SIMULTANEOUSLY WITH
THE NOTICE OF APPEAL. THUS, PETITIONER
DOESN'T HAVE SUFFICIENT FUNDS TO PAY COPY
FEES AND POSTAL FEES AT THE PRESENT TIME
TO FILE THOSE DOCUMENTS AND EXHIBITS
WITH HIS NOTICE OF APPEAL., (4) MARCUM
HASN'T HAD SUFFICIENT TIME OR OPPERTUNITY
TO PREPARE A "CERTIFICATE OF APPEALABILITY"
MEMORANDUM FOR FILING WITH THE NOTICE
OF APPEAL., AND (5) IN LIGHT OF THE FACT
THAT THERE IS AN ACTIVE PENDING MOTION
FOR RELIEF FROM JUDGMENT PENDING REVIEW
ON THE COURT'S DOCKET, DEMONSTRATES "GOOD
CAUSE" TO EXTEND THE TIME PERIOD ON FILING
A NOTICE OF APPEAL FROM THE COURT'S INITIAL
JULY 12TH, 2007 COURT JUDGMENT FOR AN
ADDITIONAL THIRTY (30) DAYS. PETITIONER ASK
THE COURT TO GRANT ANY OTHER EQUITABLE RELIEF.

RESPECTFULLY SUBMITTED,

Ted Marcum

TED MARCUM, # 549-841

(7)

## CERTIFICATE OF SERVICE

THIS IS HEREBY TO VERIFY THAT A TRUE EXACT COPY OF THE ABOVE FORGOING MOTION FOR EXTENTION OF TIME ON FILING A NOTICE OF APPEAL, HAS BEEN SENT TO MR. MARC DANN, OHIO ATTORNEY GENERAL, AT: C/O STATE OFFICE TOWER, 30 EAST BROAD STREET, COLUMBUS, OHIO 43215, ON THE 1ST DAY OF AUGUST, 2007, BY REGULAR FIRST CLASS MAIL, POSTAGE PRE-AFFIXED.

Ted Marcum

TED MARCUM, #549-841

## AFFIDAVIT

AFFIANT, TED MARCUM, DOES HEREBY DECLARES UNDER PAINS AND PENALTY OF PERJURY, OR FALSIFICATION, THAT THE FACTS AND LEGAL ISSUES PRESENTED IN THIS MOTION FOR AN EXTENTION OF TIME, ARE HEREBY WHOLLY CORRECT AND TRUE TO THE BEST OF AFFIANT'S INTELLIGENCE AND BELIEFS.

JULY 31ST, 2007

Ted Marcum

EXECUTED ON

TED MARCUM, #549-841

ROSS CORRECTIONAL INST.

P.O. BOX 7010

CHILLICOTHE, OH 45601