IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK
07 AUG 16 PM 12:42

| | | |
|---|---|---|
| TED MARCUM, | : | Case App. No. _____ |
|     Appellant/Petitioner, | : | Case Trl. No. C-1-02-425 |
| vs. | : | On Appeal To The United States Court Of Appeals For The Sixth Circuit, From The United States District Court, For The Southern District Court Of Ohio, Western Division, at: Cincinnati, Ohio |
| OHIO ADULT PAROLE AUTHORITY, | : | |
|     Appellee/Respondent. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Now comes the Appellant/Petitioner, Ted Marcum, acting in pro se, who respectfully submites "Notice Of Appeal" from the Final Judgment and Order entered by the trial Court rendered on the 12th, day of July, 2007, By: Honorable Judge Herman Weber, U.S. District Court at: Cincinnati, Ohio, which denied Appellant's Petition for Writ of Habeas Corpus.

This Notice of Appeal is timely-made pursuant to Federal Appellate Court Rules 3 and 4, as it is being delivered and deposited into the Institutional Mailbox, at the Ross Correctional Instititution, within thirty (30) days of the final judgment being rendered herein. According to the Supreme Court decision in **Houston vs. Lack**, **(1988), 487 U.S. 266, 274, 108 S.Ct. 2379**, (The Institutional Mailbox Rule), timely-delivery into the mailbox on filing a "Notice of Appeal" is completed as long as such delivery is deposited into the mailbox within Thirty days of the lower court's judgment entry.

                                                  *Ted Marcum*
                                                  Ted Marcum, #549-841
                                                  Ross Correctional Institution
                                                  P.O. Box 7010
                                                  Chillicothe, Ohio 45601

## CERTIFICATE OF SERVICE

This is hereby to verify that a true copy of the forgoing Notice of Appeal, has been sent to Mr. Marc Dann, Ohio Attorney General, at: 150 East Gay Street, Columbus, Ohio 43215, on the 10TH Day of August, 2007, by placing this Notice of Appeal into the Institution's prison' mailbox, along with a seperate photo-copy hereof, for mailing to The United States Clerk of Court, and to Mr. Marc Dann, for mailing on this 10TH day of August, 2007, with prepaid postage preaffixed, and mailed by 1st class mail.

*Ted Marcum*
Ted Marcum, 549-841
Ross Correctional Institution
P.O. Box 7010
Chillicothe, Ohio 45601