

U.S. Postal Service
CERTIFIED MAIL - RECEIPT
(Domestic Mail Only; No Insurance

OFFICIAL

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark
Here

#549.84/

Sent To  *Ted Marcum*  Ross Cor. Camp
Street, Apt. No.;  P.O.B 5010
or PO Box No.
City, State, ZIP+4  *Chillicothe Oh 45601*

PS Form 3800, April 2002                    See Reverse for Instructions

CERTIFIED MAIL

2002 0460 0005 5230 6179