FILED
JAMES BONINI

Case No. 07-4068/07-4414

08 APR -1 PM 3:13

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FH

**ORDER**

TED MARCUM,

    Petitioner - Appellant

v.

OHIO ADULT PAROLE AUTHORITY,

    Respondent - Appellee

    This appeal is being held in abeyance and further **REMANDED** to the district court for the sole purpose of determining whether to grant or deny a certificate of appealability, pursuant to Federal Rules Of Appellate Procedure 22(b). If the court is inclined to issue a certificate, it should specify which issues are so certified. See 28 U.S.C.A § 2253(c)(3).

                                       **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: April 01, 2008

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 01, 2008

James Bonini, Clerk

Re:  Case No. 07-4068/07-4414, *Ted Marcum v. Ohio Adult Parole Authority*
Originating Case No. : 02-00425

Dear Mr. Bonini,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025
Fax No. 513-564-7098

cc: Mr. Stuart A. Cole
    Honorable Timothy S Black
    Ted Marcum

Enclosure

James Bonini

---

---

Case 1:02-cv-00425-HJW-TSB    Document 57    Filed 04/01/2008    Page 3 of 3